UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

STEVEN KUNZE,

       Plaintiff,

                                                                    Case No.: 19-cv-439

     v.

WIND SECURE INC.,

       Defendant

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Plaintiff, Steven Kunze, hereby stipulates pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) that this matter may be dismissed with prejudice and without costs to either party.

Dated: July 11, 2019                By: *s/ Scott S. Luzi*
                                                  Scott S. Luzi, SBN 1067405
                                                  Walcheske & Luzi, LLC
                                                  15850 W. Bluemound Road, Suite 304
                                                  Brookfield, Wisconsin 53005
                                                  Telephone: (262) 780-1953
                                                  Email: sluzi@walcheskeluzi.com

                                                  *Attorneys for Plaintiff*